FILED

FEB 04 2020

Clerk, U.S Courts
District Of Montana
Missoula Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| GREAT LAKES INSURANCE SE, | CV 19–164–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| BRYAN CRABTREE and BETHEA CRABTREE, | |
| Defendants. | |

On February 3, 2020, Defendants Bryan and Bethea Crabtree filed a reply brief in support of their motion to dismiss. (Doc. 17.) In their reply brief, the Defendants raise a new theory in favor of dismissal, the "two-dismissal rule" under Federal Rule of Civil Procedure 41(a)(1)(B).

Accordingly, it is ordered that Plaintiff Great Lakes Insurance SE may file a brief in response to Defendants' two-dismissal argument on or before February 14, 2020. The response brief shall be no longer than 2,000 words and shall be limited in subject matter to the applicability of Federal Rule of Civil Procedure 41(a)(1)(B).

DATED this 4th day of February, 2020.

_____
Dana L. Christensen, Chief Judge
United States District Court