UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-81544-CIV-ALTMAN/Hunt

GREAT LAKES INSURANCE SE,

    *Plaintiff,*

v.

BRYAN CRABTREE, *et al.,*

    *Defendants.*

_____/

## ORDER

The Court held a status conference May 13, 2021 at which the parties requested that the Court extend all remaining deadlines by 30 days. For the reasons stated in open court, the Court hereby

**ORDERS and ADJUDGES** the following:

1. The Court **AMENDS** the Scheduling Order [ECF No. 55] as follows[1]

This case is set for trial during the Court's two-week trial calendar beginning on **December 6, 2021**. Counsel for all parties shall also appear at a calendar call at **1:45 p.m. on November 30, 2021**.

**July 13, 2021.** The parties shall exchange expert witness summaries or reports.

**July 27, 2021.** The parties shall exchange rebuttal expert witness summaries or reports.

**August 10, 2021.** All discovery, including expert discovery, shall be completed.

**August 24, 2021.** The parties must have completed mediation and filed a mediation report.

**September 1, 2021.** The parties shall file all pre-trial motions, including motions for summary judgment, and Daubert motions. Each party is limited to filing one Daubert motion. If a party cannot address all evidentiary issues in a 20-page memorandum, it must petition the Court for leave to include additional pages. The parties are reminded that Daubert motions must contain the Local Rule 7.1(a)(3) certification. The parties

---

[1] The prior scheduling orders shall remain in place to the extent not addressed in this Third Amended Scheduling Order.

are directed to review the Court's procedure for the filing of summary judgment motions (set out below).

**November 22, 2021.** The parties shall submit a joint pre-trial stipulation, exhibit lists, witness lists, deposition designations, and proposed jury instructions and verdict form or proposed findings of fact and conclusions of law, as applicable, and shall file any motions in limine (other than Daubert motions). Each party is limited to filing one motion in limine, which may not, without leave of Court, exceed the page limits allowed by the Rules. The parties are reminded that motions in limine must contain the Local Rule 7.1(a)(3) certification.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 17th day of May 2021.

_____

**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:      counsel of record

2