UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-81544-CIV-ALTMAN/Hunt

GREAT LAKES INSURANCE SE,

       *Plaintiff*,

v.

BRYAN CRABTREE, *et al.*,

       *Defendants.*

_____/

## AMENDED SCHEDULING ORDER

The Defendants have filed an Unopposed Motion for Clarification and/or Reconsideration of the Amended Scheduling Order [ECF No. 92]. Being fully informed, the Court hereby **ORDERS and ADJUDGES** that the Motion is **GRANTED**. The Scheduling Order is **AMENDED** as follows:

This case is set for trial during the Court's two-week trial calendar beginning on **January 18, 2022**. Counsel for all parties shall also appear at a calendar call at **1:45 p.m. on January 11, 2022**. Unless instructed otherwise by subsequent order, the trial and all other proceedings in this case shall be conducted in Courtroom 207A at the U.S. Courthouse, 299 E. Broward Boulevard, Fort Lauderdale, Florida. The parties shall adhere to the following schedule:

**August 25, 2021.** The parties shall exchange expert witness summaries or reports.

**September 8, 2021.** The parties shall exchange rebuttal expert witness summaries or reports.

**September 22, 2021.** All discovery, including expert discovery, shall be completed.

**October 6, 2021.** The parties must have completed mediation and filed a mediation report.

**October 14, 2021.** The parties shall file all pre-trial motions, including motions for summary judgment, and Daubert motions. Each party is limited to filing one Daubert motion. If a party cannot address all evidentiary issues in a 20-page memorandum, it must petition the Court for leave to include additional pages. The parties are reminded

that Daubert motions must contain the Local Rule 7.1(a)(3) certification. The parties are directed to review the Court's procedure for the filing of summary judgment motions.

**January 4, 2022.** The parties shall submit a joint pre-trial stipulation, exhibit lists, witness lists, deposition designations, and proposed jury instructions and verdict form or proposed findings of fact and conclusions of law, as applicable, and shall file any motions in limine (other than Daubert motions). Each party is limited to filing one motion in limine, which may not, without leave of Court, exceed the page limits allowed by the Rules. The parties are reminded that motions in limine must contain the Local Rule 7.1(a)(3) certification.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 13th day of July 2021.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:      counsel of record

2