UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-81544-CIV-ALTMAN/Hunt

GREAT LAKES INSURANCE SE,

 *Plaintiff,*

v.

BRYAN CRABTREE, *et al.*,

 *Defendants.*

_____/

## AMENDED SCHEDULING ORDER

The Defendants filed a Motion to Extend the Discovery Deadline (the "Motion") [ECF No. 102]. Because the Motion suggested that the parties disagreed about certain aspects of the discovery, U.S. Magistrate Judge Bruce E. Reinhart ordered the Plaintiff to respond to the Motion and scheduled a telephonic discovery hearing. *See* Paperless Order [ECF No. 103]. Judge Reinhart held a discovery hearing on October 5, 2021. *See* Paperless Minute Entry [ECF No. 105]. Having carefully reviewed the Motion and the Plaintiff's Response [ECF No. 104], the Court hereby **ORDERS and ADJUDGES** that the Motion [ECF No. 102] is **GRANTED**. The Scheduling Order [ECF No. 93] is **AMENDED** as follows:[1]

This case is set for trial during the Court's two-week trial calendar beginning on **February 14, 2022**. Counsel for all parties shall also appear at a calendar call at **1:45 p.m. on February 8, 2022**. Unless instructed otherwise by subsequent order, the trial and all other proceedings in this case shall be conducted in Courtroom 207A at the U.S. Courthouse, 299 E. Broward Boulevard, Fort Lauderdale, Florida. The parties shall adhere to the following schedule:

   **October 28, 2021.** All discovery, including expert discovery, shall be completed.

---

[1] The prior scheduling orders shall remain in place to the extent not addressed in this Order.

**November 10, 2021.**  The parties shall file all pre-trial motions, including motions for summary judgment, and Daubert motions. Each party is limited to filing one Daubert motion. If a party cannot address all evidentiary issues in a 20-page memorandum, it must petition the Court for leave to include additional pages. The parties are reminded that Daubert motions must contain the Local Rule 7.1(a)(3) certification. The parties are directed to review the Court's procedure for the filing of summary judgment motions.

**January 31, 2022.**  The parties shall submit a joint pre-trial stipulation, exhibit lists, witness lists, deposition designations, and proposed jury instructions and verdict form or proposed findings of fact and conclusions of law, as applicable, and shall file any motions in limine (other than Daubert motions). Each party is limited to filing one motion in limine, which may not, without leave of Court, exceed the page limits allowed by the Rules. The parties are reminded that motions in limine must contain the Local Rule 7.1(a)(3) certification.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 13th day of October 2021.

_____

**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:      counsel of record