11699

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(WEST PALM BEACH)

CASE NO.: 9:20-cv-81544-ALTMAN/Reinhart

GREAT LAKES INSURANCE SE,

    Plaintiff/Counter-Defendant,

v.

BRYAN CRABTREE and BETHEA
CRABTREE,

    Defendants/Counter-Plaintiffs.
_____/

**DEFENDANTS/COUNTER-PLAINTIFFS', BRYAN AND BETHEA CRABTREE'S, INITIAL EXPERT WITNESS DISCLOSURE**

Defendants/Counter-Plaintiffs, BRYAN CRABTREE and BETHEA CRABTREE, by and through their undersigned counsel and pursuant to the Federal Rules of Civil Procedure, the Court's Amended Scheduling Order, D.E. 93, and the Court's subsequent Order, D.E. 100, hereby discloses the following Initial Expert Witness and all other pertinent information and materials pursuant to Rule 26(a)(2), as follows:

1. Mr. F. David Famulari, Esq., B.C.S.
   Famulari and Butto, P.L.
   2332 Galiano Street, Fl. 2
   Coral Gables, Florida 33134-5402

Mr. Famulari, Esq., B.C.S. will generally opine that the subject loss was a fortuitous event, and that the loss was unrelated to any survey requirements or recommendations, that may or not have been complied with. The underwriter had sufficient information to issue an agreed value insurance policy, as evidenced by the binder in full force and effect at the time of the loss. Further, he will opine that the Crabtrees did not make any material misrepresentations on the application

for insurance or during the claims process and that the Crabtrees completed or were in the process of completing all material recommendations outlined in the report and survey of the Crabtrees' Vessel, the S/V "BRANDISON," *inter alia*.

Please see Mr. Famulari, Esq., B.C.S.'s written report, attached hereto, which provides and indicates the following: (i) statement of expert witness's opinions, (ii) data or other information considered by expert witness in forming opinions, (iii) exhibits that will used to support or summarize expert witness's opinions, (iv) expert witness qualifications, (v) previous expert witness testimony at trial or deposition, and (vi) compensation to be paid to expert witness for testimony at trial.

**RESERVATIONS**

1. The Crabtrees reserve the right to supplement this Initial Expert Witness Disclosure at any time prior to trial.

2. The Crabtrees reserve the right to withdraw the designation of any expert identified and to state that such expert will not testify at trial, and to redesignate the expert as a non-testifying consulting expert.

3. The Crabtrees reserve the right to incorporate testimony proffered at the deposition of an expert, should said deposition be taken.

4. The Crabtrees reserve the right to adopt and call as a trial witnesses any and all expert witness(es) identified and disclosed by Plaintiff.

5. The Crabtrees reserve the right to disclose Rebuttal Expert Witnesses, including rebuttal expert witnesses not disclosed herein, in accordance with the timeframes set by this Honorable Court's Amended Scheduling Order, *see* D.E. 93, and the Court's subsequent Order as to same, *see* D.E. 100.

6. The Crabtrees reserve the right to file rebuttal reports, including rebuttal expert reports from experts not previously disclosed.

7. The Crabtrees reserve the right to file additional supplemental reports at any time to address any new information provided to the expert or to respond to any new opinions offered by any of Plaintiff's experts.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on this 8th day of September 2021, we electronically served this Initial Expert Disclosure via electronic mail, we also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified.

**PERRY & NEBLETT, P.A.**
2550 South Bayshore Drive Suite 211
Miami, Florida 33133
Telephone: (305) 856-8408
Facsimile: (305) 967-8182
david@perryneblett.com
jmahaffey@perryneblett.com
tlevy@perryneblett.com

By:  /s/ *David Avellar Neblett* ___
DAVID AVELLAR NEBLETT, ESQ, B.C.S.
Florida Bar No.: 526371
JAMES M. MAHAFFEY III, ESQ.
Florida Bar No.: 105353

*SERVICE LIST TO FOLLOW*

**SERVICE LIST**

| | |
|---|---|
| Goldman & Hellman<br>Steven Goldman, Esq.<br>Jacqueline Goldman, Esq.<br>8751 West Broward Blvd., Suite 404<br>Fort Lauderdale, FL 33324<br>Steven@GoldmanAndHellman.com<br>Telephone: (954) 356-0460<br>Facsimile: (954) 832-0878<br>*Attorneys for Plaintiff/Counter-Defendant* | Perry & Neblett, P.A.<br>David Avellar Neblett, Esq.<br>James M. Mahaffey III, Esq.<br>2550 South Bayshore Drive, Suite 11<br>Miami, FL 33133<br>david@perrynebeltt.com<br>jmahaffey@perryneblett.com<br>terry@perryneblett.com<br>jack@perryneblett.com<br>thomas@perryneblett.com<br>service@perryneblett.com - *For Filing Only*<br>Telephone: (305) 856-8408<br>Facsimile: (305) 967-8182<br>*Attorneys for Defendants/Counter-Plaintiffs Bryan Crabtree and Bethea Crabtree* |

By: /s/ *David Avellar Neblett*
    DAVID AVELLAR NEBLETT, ESQ., B.C.S.
    FL. Bar No.: 526371
    JAMES M. MAHAFFEY III, ESQ.
    FL. Bar No.: 105353

4