UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-81544-CIV-ALTMAN/Hunt

GREAT LAKES INSURANCE SE,

     *Plaintiff,*

v.

BRYAN CRABTREE, *et al.*,

     *Defendants.*

_____/

## AMENDED SCHEDULING ORDER

This case is currently set for trial on February 14, 2022, but there are pending motions that must be resolved before trial. According, the Court hereby **ORDERS and ADJUDGES** that the Scheduling Order [ECF No. 107] is amended as follows:[1]

This case is set for trial during the Court's two-week trial calendar beginning on **March 28, 2022**. Counsel for all parties shall also appear at a calendar call at **1:45 p.m. on March 22, 2022**. Unless instructed otherwise by subsequent order, the trial and all other proceedings in this case shall be conducted in Courtroom 207A at the U.S. Courthouse, 299 E. Broward Boulevard, Fort Lauderdale, Florida.

> **March 7, 2022.** The parties shall submit a joint pre-trial stipulation, exhibit lists, witness lists, deposition designations, and proposed jury instructions and verdict form or proposed findings of fact and conclusions of law, as applicable, and shall file any motions in limine (other than Daubert motions). Each party is limited to filing one motion in limine, which may not, without leave of Court, exceed the page limits allowed by the Rules. The parties are reminded that motions in limine must contain the Local Rule 7.1(a)(3) certification.

---

[1] The prior scheduling orders shall remain in place to the extent not addressed in this Order.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 5th day of January 2022.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record