UNITED STATES DISTRICT COURT
SOUTHERN DISRTICT OF FLORIDA
IN ADMIRALTY

GREAT LAKES INSURANCE SE,

    Plaintiff,

Case No. 9:20-cv-81544-RKA

vs.

BRYAN CRABTREE, *et al.*,

    Defendants.

_____/

## **PROPOSED ORDER**

THIS CAUSE having come before the Court on the Plaintiff's Renewed Motion to Strike F. David Famulari, Esq. as an Expert [ECF No. 186] (the "Motion"), and this Court having considered the Motion, it is hereby

**ORDERED** and **ADJUDGED** that the Motion is GRANTED.

**DONE AND ORDERED** in Miami, Florida, this ___ day of August, 2022.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

Copies furnished to:
All Counsel of Record