UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-cv-81544-ALTMAN/Reinhart

**GREAT LAKES INSURANCE SE**,

    *Plaintiff*,

v.

**BRYAN CRABTREE**, *et al.*,

    *Defendants*.

_____/

## FINAL JUDGMENT

In a separate order, the Court granted the Defendants' Motion for Summary Judgment. *See* Order Granting the Defendants' Motion for Summary Judgment [ECF No. 208]. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby **ORDERS AND ADJUDGES** as follows:

1. Judgment is entered in favor of the Defendants. The Plaintiff shall take nothing by this action.

2. This case shall remain **CLOSED**. All deadlines are **TERMINATED**, and any pending motions are **DENIED as moot**.

**DONE AND ORDERED** in the Southern District of Florida on May 26, 2023.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record