UNITED STATES DISTRICT COURT
SOUTHERN DISRTICT OF FLORIDA
IN ADMIRALTY

GREAT LAKES INSURANCE SE,

    Plaintiff,

                                        Case No. 9:20-cv-81544-RKA

vs.

BRYAN CRABTREE, *et al.*,

    Defendants.
_____/

## PLAINTIFF'S GREAT LAKES INSURANCE SE NOTICE RE NOTICE OF APPEAL

COMES NOW the Plaintiff, GREAT LAKES INSURANCE SE (hereinafter "GLI"), by and through its undersigned attorneys, pursuant to the Local Rules of the United States District Court for the Southern District of Florida and the Federal Rules of Civil Procedure, and files this its Notice Regarding the Notice of Appeal filed on June 15, 2023 (ECF No. 212), and further thereto would respectfully state as follows:

1. First, this Court's order of July 18, 2023 (ECF no. 223) striking GLI's Notice of Appeal (ECF no. 210) and Amended Notice of Appeal (ECF no. 212) is fatally defective because, notwithstanding the mistaken use of the word "final" in some parts of the text of the two notices, both the Notice of Appeal (ECF no. 210) and Amended Notice of Appeal (ECF no. 212) expressly invoked 28 U.S.C. §1292(a)(3), which extends the jurisdiction of federal appellate courts to interlocutory appeals from non-final orders that determine the rights and liabilities of the parties in admiralty matters. ECF no. 210, p. 1 and ECF no. 212, p. 1. As

1

this Court has been sitting in admiralty since October 8, 2019 (ECF no. 1, p. 2), an appeal from this Court's now non-final order is permissible under 28 U.S.C. §1292(a)(3).

2. Second, this Court's order of July 18, 2023 (ECF no. 223) striking GLI's Notice of Appeal (ECF no. 210) and Amended Notice of Appeal (ECF no. 212) is fatally defective because the filing of a notice of appeal from judgment of federal district court vests jurisdiction over the cause in the court of appeals, and thereafter the district court has no power to modify its judgment or take other action affecting the cause without permission of the court of appeals. *Green Leaf Nursery v. E.I. DuPont De Nemours and Co.*, 341 F.3d 1292, 1309 (11th Cir.2003). The exception under F.R.A.P. 4(a)(4)(B)(i) only applies when a notice of appeal is filed during the pendency of a motion under Fed.R.Civ.P. 59(e) or Fed.R.Civ.P. 60(b). *Sutter v. United States*, 703 Fed.Appx. 774, 776-77 (11th Cir.2017), *Stansell v. Revolutionary Armed Forces of Colombia*, 771 F.3d 713, 745-46 (11th Cir.2014). Defendant BRIAN CRABTREE's Motion to Alter or Amend Judgment Under Fed.R.Civ.P. 59(e) and Fed.R.Civ.P. 60(b) (ECF no. 218) was filed only after GLI filed its Notice of Appeal (ECF no. 210) and Amended Notice of Appeal (ECF no. 211). Therefore, this Court has not power to issue an order which nullifies GLI's Notice of Appeal (ECF no. 210) or Amended Notice of Appeal (ECF no. 212).

3. Third, the undersigned counsel has spoken with the Clerk at the United States Court of Appeals for the Eleventh Circuit and has been informed that an order from this Court striking the Notice of Appeal (ECF no. 210) and the Amended Notice of Appeal (ECF no. 212) has no impact on its own whether the appellate court has jurisdiction over this matter.

2

4. Fourth, in an excess of caution, filed in conjunction with the present notice is another notice of appeal which references only 28 U.S.C. §1292(a)(3) and which now expressly takes into account this Court's order changing its ruling of July 18, 2023 from a final judgment to a non-final judgment.

Dated:       July 19, 2023
             Fort Lauderdale, Florida

                                      Respectfully submitted,

The Goldman Maritime Law Group
*Attorneys for Plaintiff*
401 East Las Olas Blvd., Suite 1400
Fort Lauderdale, Florida 33324
Tel (954) 332-2448
Fax (617) 608-512

By: /s/ Steven E. Goldman
STEVEN E. GOLDMAN
FLA. BAR. NO. 345210

By: /s/ Jacqueline L. Goldman
JACQUELINE L. GOLDMAN
FLA. BAR. NO. 1005573

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 19, 2023 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send an electronic Notice of Filing to all counsel of record.

David A. Neblett, Esq.
James M. Mahaffey III, Esq.
FL. Bar No.: 105353
2550 South Bayshore Drive Suite 11
Miami, Florida 33133
Telephone: (305) 856-8408
Facsimile: (305) 967-8182
david@perryneblett.com
jmahaffey@perryneblett.com
tlevy@perryneblett.com

                               The Goldman Maritime Law Group
                               *Attorneys for Plaintiff*
                               401 East Las Olas Blvd., Suite 1400
                               Fort Lauderdale, Florida 33324
                               Tel (954) 332-2448
                               Fax (617) 608-512

                               By: /s/ Steven E. Goldman
                               STEVEN E. GOLDMAN
                               FLA. BAR. NO. 345210

                               By: /s/ Jacqueline L. Goldman
                               JACQUELINE L. GOLDMAN
                               FLA. BAR. NO. 1005573